IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EDWARD KRONENBERGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-05-277 |
| | § | |
| THE DOW CHEMICAL COMPANY, | § | |
| | § | |
| Defendants. | § | |

## ORDER CARRYING THROUGH TRIAL DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This suit arises out of alleged age discrimination by the Defendant Dow Chemical Company ("Defendant") against Plaintiff Edward Kronenberger ("Plaintiff") in violation of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 et seq. On March 3, 2006, Defendant filed its Motion for Summary Judgment. Plaintiff's Response is due on March 23, 2006. Trial in this case is set to begin on March 27, 2006. Because of the fact-specific nature of this Motion and the proximity of trial, a decision on the issues raised in the Motion are best left for the trial. Therefore, Defendant's Motion for Summary Judgment is **CARRIED THROUGH TRIAL**.

**IT IS SO ORDERED**.

**DONE** this 8th day of March, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge